UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| WAYNE DALE KELLBERG,<br><br>                  Plaintiff,<br><br>vs.<br><br>FBI PRANK A TWEAKER,<br><br>                  Defendant. | Case No. CV-18-106-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED that this action is DISMISSED.

      Dated this 1st day of October, 2018.

                              TYLER P. GILMAN, CLERK

                              By: /s/ A. Puhrmann
                              A. Puhrmann, Deputy Clerk